## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Thursday, March 2, 2023 4:50 PM |
| **To:** | Yvonne Nageotte; Jessica Kearney |
| **Cc:** | Julie Palmer; Sarah Carroll; Missy York; webintake@vsb.org; Valerie Brown; Julie A. Dobson; Elizabeth Carpenter-Hughes |
| **Subject:** | Simpson |

Ms. Nageotte,

This is my one and only child, whom I love dearly, that you actively have taken a role in separating from under authority of law. Your client, my wife, has confirmed no physical violence. The texts I sent were clearly non-threatening, even as confirmed by two different Commonwealth prosecutors. Suzannah was a professional swimmer and her primary complaint is water in her face. I am        father.

How do you legally justify a two-year protective order and removal of custodial rights based on these assertions? How is a psychological evaluation even remotely related to these facts?

If I get my lawyer to contact you will you then listen to reason? Will you negotiate with my lawyer?

I have offered reconciliation to my wife. Does she accept? Will you answer this question if it comes from my lawyer?

You are just plainly a garbage human being and deserve every bad thing possible to happen to you.

--
Richard Simpson

1

EXHIBIT
B

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Thursday, March 2, 2023 9:17 AM |
| **To:** | Yvonne Nageotte |
| **Cc:** | Julie Palmer; Missy York; Sarah Carroll; webintake@vsb.org; Elizabeth Carpenter-Hughes; Elizabeth Carpenter (ecarpenterlaw@gmail.com); Jessica Kearney; Julie A. Dobson; Valerie Brown |
| **Subject:** | Simpson |

Ms. Nageotte,

How many idiot lawyers does it take to follow the law? Either drop the protective order and the custody case, or start communicating for your client. You obviously expect one of us to pay for your moron legal advice that just happened to be entirely against the law.

--
Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, March 3, 2023 3:33 PM |
| **To:** | Yvonne Nageotte; Elizabeth Carpenter-Hughes; Elizabeth Carpenter (ecarpenterlaw@gmail.com) |
| **Cc:** | Valerie Brown; Julie Palmer; webintake@vsb.org; Julie A. Dobson; Missy York; Sarah Carroll; district17@senate.virginia.gov; district28@senate.virginia.gov |
| **Subject:** | Simpson |

I demand that the State and these corrupt lawyers stop interfering with a normal, healthy family. I am my child's biological father and have no long term mental illness that prevents me from taking proper care of my child. In fact, I meet absolutely none of the factors that would lead to the removal of rights as a parent. Suzannah, my wife, is capable of caring for our child. She does not meet any of the criteria. You are all disgusting beyond all belief, but especially Yvonne J. Nageotte. Please remove my family's case from your legal system.

--

Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, March 3, 2023 5:13 PM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll |
| **Cc:** | Valerie Brown; webintake@vsb.org |
| **Subject:** | Simpson v Nageotte |

Counsel,

Have you ever received this many emails in one particular case? In practice, during working hours, I send opposing counsel very few emails, maybe once or twice a month even in the biggest of cases.

What Nageotte started and continues to do is wrong. I cannot emphasize that enough. Even if my wife and I had one argument that led to her hiring Nageotte, Yvonne surely went too far. As stated, I explained to her office the circumstances and that I was open to mediation or counseling. I am a wonderful father. Just put yourself in my shoes here. I initially blamed my wife, until I learned of all of Nageotte's wrongdoing. Nageotte herself put everything on my wife, her own client, but it is clear that Yvonne is simply looking out for Yvonne.

I will not sit idly by letting the State of Virginia take my own flesh and blood from me; I will always be my daughter's father. There are three of you. You are a lawyer's legal counsel right now. If you talk some sense to her and get her to back off of my family, I will dismiss the suit. She must voluntarily withdraw the frivolous custody case. If my wife still desires a protective order, which I don't think she does personally, then we must work out some way to communicate concerning our child.

It appears to me that City of Fredericksburg is a "private" city and operates outside the laws of the rest of the country. The JDR court, however, uses a .gov website. Yvonne claims to be a private practitioner. So either City has absolutely no jurisdiction over me or my family, or it is a public lawyer prosecuting on behalf of the State to remove parental rights for private gain. I was in Fredericksburg six months tops, training at Quantico with the United State Marine Corps to potentially die for our freedoms and the Constitution. For your families, your children. Who the fuck does Yvonne think she is taking away rights that women and men die for? My father and his father and his father fought for your right to become a high priced lawyer to help corrupt clients fabricate their own laws and lie in federal court pleadings. You should rethink your life choices.

I have no interest in litigating the federal case, but I will if necessary. Unlike Nageotte, I am not a greedy person. Talk to Nageotte. I, as has been the case all along, am an easygoing, forgiving person. I will never accept losing my child at the hands of the State.

--
Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, March 3, 2023 10:48 PM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll |
| **Cc:** | webintake@vsb.org; Yvonne Nageotte |
| **Subject:** | Simpson v Nageotte |

Counsel,

Why are you sending me print outs of the emails I am sending you, and also filing them with the court? I know goddamned well what I fucking wrote. Act like lawyers you pieces of shit. I'll murder you in your sleep if you take my daughter from me; stop wasting paper when we have technology. Do you want to spend countless dollars and risk danger on this or start following the law?

--

Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, March 10, 2023 11:27 AM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll |
| **Cc:** | webintake@vsb.org |
| **Subject:** | Simpson |

I cannot genuinely call you lawyers or counsel, based on your pleadings to date. The only thing this indicates to me is that you can offer no defense and each of your clients are engaged in illegal activity and have been before my scenario.

--
Richard Simpson

## Sarah Carroll

**From:**        Richard Simpson <richardmsimpson@gmail.com>
**Sent:**        Friday, March 10, 2023 11:41 AM
**To:**          Julie Palmer; Missy York; Sarah Carroll
**Subject:**     Simpson

What the hell is an emergency motion for sanctions? Are you all mentally retarded there in Virginia?

--
Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Monday, March 13, 2023 12:59 PM |
| **To:** | Missy York; Suzannah Glaeser; Sarah Carroll; Julie Palmer; Julie A. Dobson; Valerie Brown; Elizabeth Carpenter-Hughes; Jessica Kearney; webintake@vsb.org |
| **Cc:** | Yvonne Nageotte |
| **Subject:** | Nageotte |

I want to be very clear that Yvonne Nageotte sent a certified letter to my address in Washington State forbidding me to step foot on her office's premises when I have never spoken a single word to Yvonne nor have I been inside her office since May of 2022 when I dropped off documents and once to pick up a storage key. I dealt solely with her paralegal and acted in a normal way. How many emails will it take for everyone to recognize that Yvonne J. Nageotte is a big problem?

--
Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Tuesday, March 14, 2023 1:35 PM |
| **To:** | Mark Dahlberg |
| **Cc:** | Yvonne Nageotte; Elizabeth Carpenter-Hughes; Elizabeth Carpenter (ecarpenterlaw@gmail.com); T Woehrle; Missy York; Sarah Carroll; Julie Palmer; Julie A. Dobson; Valerie Brown; webintake@vsb.org; Suzannah Glaeser |
| **Subject:** | Re: Agreement against public policy |

Yes, but your firm entered into an agreement that violated my rights while I was your client.

On Tuesday, March 14, 2023, Mark Dahlberg <mdahlberg@lawfirmvirginia.com> wrote:
Mr. Simpson and all,

Neither myself or my firm represent Mr. Simpson.  Please do not email me on any future communications.  Thank you.

Sincerely,

Mark J. Dahlberg

On Tue, Mar 14, 2023 at 1:16 PM Richard Simpson <richardmsimpson@gmail.com> wrote:
Ms. Nageotte insists repeatedly that we entered into an agreed upon order, yet as my child's legal guardian a father by law is entitled to custody and cannot enter into an agreement which is not consistent with his duties arising out of such custody. This is an agreement that is against public policy and thus it void as a matter of law! I hired lawyers and cannot possibly be expected to waive my legal, natural, Constitutional rights when lawyers are the ones representing. It was Yvonne who came up with the terms of this illegal arrangement.

--

Richard Simpson

--
Mark J. Dahlberg



Mark J. Dahlberg, Esq.
Partner
Fredericksburg Office Contact Information:

1

2016 Lafayette Boulevard
Suite 101
Fredericksburg, Virginia 22401
(540) 898-8881 (p)
(540) 898-0755 (f)
mdahlberg@lawfirmvirginia.com

CONFIDENTIALITY NOTICE:

This e-mail message is subject to the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this e-mail message is addressed. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.  If you have received this e-mail message in error, please notify the sender immediately by telephone at 540-898-8881 or e-mail and destroy the original message without making a copy.

--

Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Saturday, March 18, 2023 12:34 AM |
| **To:** | Suzannah Glaeser |
| **Cc:** | Julie Palmer; Sarah Carroll; Missy York; Yvonne Nageotte |
| **Subject:** | Simpson v Nageotte |

Haven't you ever just felt wronged? Sometimes there's a right answer and sometimes there's a bad answer. Given that I am a lawyer who followed the law, I see Nageotte in the wrong. She obviously wielded enough power to put me in jail. For all I know, she's giving sexual favors to these lawyers who do her bidding. I plead with you to follow the law.

--

Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Saturday, March 18, 2023 5:10 PM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll |
| **Cc:** | Yvonne Nageotte; Elizabeth Carpenter-Hughes; Suzannah Glaeser; Julie A. Dobson; Valerie Brown; webintake@vsb.org; district17@senate.virginia.gov; district28 @senate.virginia.gov |
| **Subject:** | Simpson v Nageotte |
| **Attachments:** | USDC Amended Complaint.pdf |

See attached, signed documents to follow. I'm tired of this bullshit; please exit yourselves from my family matters.

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Sunday, March 19, 2023 8:00 PM |
| **To:** | Yvonne Nageotte; Julie Palmer; Sarah Carroll; Missy York; Valerie Brown; Julie A. Dobson; Jessica Kearney; Suzannah Glaeser; webintake@vsb.org |
| **Cc:** | district17@senate.virginia.gov; district28@senate.virginia.gov |
| **Subject:** | Simpson |
| **Attachments:** | Notice of Claim.pdf |

Not that it makes much of a difference, but attached is my initial tort claim to the State of Virginia.

All you have to do is follow the law and give me access to my child.

--
Richard Simpson

1

1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

6

7

Richard M. Simpson, an individual, )
and his marital community,            )        No. 3:22cv745
                                      )
8                                     )
                 Plaintiffs,          )
                                      )
9     v.                              )        NOTICE OF CLAIM
                                      )
10                                    )
      City of Fredericksburg,         )
11    Defendant, Yvonne J. Nageotte,  )
      Defendant, and Nageotte, Nageotte, )
12    Nageotte, P.C., Defendant,      )
                                      )
13                  Defendants.       )

14    TO:     Office of the Attorney General of Virginia, Jason S. Miyares
15            ATTN: Tort Claims Department
              202 North Ninth Street
16            Richmond, Virginia 23219

17    Dear Attorney General of Virginia,

18          I am writing this as official notice of a claim against the Commonwealth of

19    Virginia before joining the Commonwealth of Virginia in the above-captioned case filed

20
      in the Federal District Court for the Eastern District of Virginia involving one of
21
      Virginia's municipalities and one of its own practicing lawyers. For your review, I have
22
      included Plaintiffs' Amended Complaint.
23

24          My demands for settlement from the State of Virginia, in order to avoid becoming

25    a co-Defendant in this matter, are as follows:

NOTICE OF CLAIM - 1                              1          Richard Simpson
                                                            P.O. Box 1395
                                                            Tacoma, WA 98401
                                                            Ph. 253.987-9669

(1) Assistance in criminally prosecuting Yvonne J. Nageotte;

(2) Restoring Plaintiff Simpson's (father's) legal rights to his own child;

(3) Removing the unlawful "custody and visitation" court case between a legally married couple, filed by licensed Virginia attorney Yvonne J. Nageotte;

(4) $50,000 in lost wages, salary, interest, investment income, unnecessary expenses directly related to this ordeal, and $1,000,000.00 in pain and suffering for significant loss of the parent-child relationship, illegal incarceration, lawyer incompetencies, embarrassment, damage to reputation, and violating Plaintiffs' United States Constitutional rights, including Eighth Amendment violations.

For purposes of this claim, upon Plaintiff's information and belief, Yvonne J. Nageotte's intrusion into Plaintiff's family began in the second week of May, 2022, and thus this claim is within the statute of limitations for legally cognizable tort claims against the Commonwealth of Virginia. This Notice of Claim is filed in accordance with Code of Virginia §8.01-195.6.

Dated this 20th day of March, 2023.

*s/Richard M. Simpson*
Plaintiff pro se

P.O. Box 1395
Tacoma, WA 98401

Richard Simpson
P.O. Box 1395
Tacoma, WA 98401
Ph. 253.987-9669

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Tuesday, March 21, 2023 11:40 AM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll; webintake@vsb.org |
| **Subject:** | Simpson v Nageotte |

I am still awaiting discovery responses from your clients.

--
Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Wednesday, March 22, 2023 11:15 AM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll; Suzannah Glaeser; Yvonne Nageotte; Elizabeth Carpenter-Hughes; webintake@vsb.org |
| **Cc:** | Valerie Brown; Julie A. Dobson |
| **Subject:** | Psychological evaluation |

All of you are female lawyers and cannot seem to grasp that our legal system has no business in deeply personal medical issues; if you want the government and legal system to behave morally superior to you and tell you what to do with your bodies and collect your vitals against your will, and strip away your parental rights unlawfully, then you have more problems than I imagined over there in Virginia. This is not Iran or North Korea, but it's feeling that way. Does Loving v. Virginia ring a bell?

--
Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Thursday, March 23, 2023 9:06 AM |
| **To:** | Yvonne Nageotte; Elizabeth Carpenter-Hughes; Suzannah Glaeser |
| **Cc:** | Julie Palmer; Missy York; Sarah Carroll; Julie A. Dobson; Valerie Brown; webintake@vsb.org; district17@senate.virginia.gov; district28@senate.virginia.gov; T Woehrle; Mark Dahlberg |
| **Subject:** | Evaluation |

Yvonne,

You ignorant wretch. Keeping a child from a father unless he undergo a full psychological evaluation for texting his wife is an illegal act. Cease and desist you piece of slime! Is there a time limit on getting an evaluation? Are you going to keep my child from me for the next 16 years if I don't undergo one by then? Are you going to have the court hold me in contempt and jail me again if I don't get one? You all need to apologize to my family and start doing the right thing here. If you are obsessed with me getting an evaluation from one of your crooked cronies, then you pay for it.

The one year deadline for a divorce in Virginia is approaching I assume in May. I have called your office a handful of times to schedule a conference to discuss finalizing everything, but you refuse to speak or return the calls. You do not respond to emails. Shall I try courier pigeon? If we are to divorce, there are obvious matters we should attend to, not the least of which involve a human child for which you have absolutely no say in the matter. I demand that someone respond to my outstanding request for making arrangements to spending time with my child. I seriously cannot believe that I even have to ask this at all. This has become a clear case of lawyers abusing their powerful legal authority to get what they want at all costs, no matter who they hurt, with total disregard for the actual law and for human decency, and using a two year old child as collateral until their crooked goals are met. How are earth are any lawyers involved here on a higher ground? There truly must be a special place in hell for Virginia lawyers.

--
Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Thursday, March 23, 2023 10:00 AM |
| **To:** | Sarah Carroll; Missy York; Julie Palmer; Suzannah Glaeser |
| **Cc:** | webintake@vsb.org; Valerie Brown; Julie A. Dobson |
| **Subject:** | Simpson v Nageotte |

I know full well what is in my child's best interest. Let's say I have $5,000 in savings. Do you suppose that I should give that to a retained psychiatrist for no one's benefit, or use that money on my daughter or for flights, stays, car rentals, basic living expenses? I simply do not have those resources. I have spent everything on this and I have nothing to show other than a broken family. Even my trips had to pull back because I need more time to save. Please tell me that you as lawyers see this as illegal overall. I really don't even care what the law says at this point, as you all clearly don't, I am simply basing this on moral wrongness. Yvonne has engaged in conduct involving dishonesty, fraud, deceit or misrepresentation. RPC 8.4.

--

Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Thursday, March 23, 2023 10:40 AM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll |
| **Cc:** | webintake@vsb.org; Valerie Brown; Julie A. Dobson; district17@senate.virginia.gov; district28@senate.virginia.gov |
| **Subject:** | Simpson v Nageotte |

While I was in jail for sending a text message to my wife trying to remain an involved father, I met guys in their early twenties doing a year in jail for a first time DUI with no injured party. That's absolute insanity. That's a $1,000 debt when they are released. This is the definition of corruption. If you are the law firm representing corrupt officials, then are just as culpable.

--

Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Thursday, March 23, 2023 11:10 AM |
| **To:** | Yvonne Nageotte; Elizabeth Carpenter-Hughes; Suzannah Glaeser; Julie Palmer; Missy York; Sarah Carroll |
| **Subject:** | Simpson |

I waive every single requirement that the court imposed upon Suzannah. Do you see how easy that is? You never should have filed this case, Yvonne.

--
Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Thursday, March 23, 2023 2:55 PM |
| **To:** | Sarah Carroll; Missy York; Julie Palmer |
| **Cc:** | Elizabeth Carpenter-Hughes; webintake@vsb.org; Suzannah Glaeser; Suzannah Glaeser |
| **Subject:** | Simpson v Nageotte |

Let's assume these based on my side of events, or even as you assert:

(1) Suzannah my wife enters a three-day protective order on May 8, 2022;

(2) Yvonne Nageotte offers to prosecutors print outs of texts sent from me to my wife during the 3-day period;

(3) While in Washington State, on or about May 11, I receive a phone call from Virginia police and an alert from my employer that a one-year renewal is sought;

(4) On or about May 17, 2022, I learn from the Court of Yvonne Nageotte;

Merely based on those circumstances, and the difficulty of hiring a family lawyer on such short notice, it is impossible to dispute that Nageotte was involved from the start. Thus, she presented lies to her lawyers. President Clinton faced disbarment and a $90,000 fine for lying. If the criminal matter is obviously a hoax and means to "legally" separate a married couple, then a lawyer cannot demand a full psychological evaluation in a civil matter before reinstating parental rights. She simply does not have that authority, and I have been forced to send excessive messages, include unnecessary parties, and file a federal lawsuit, contact the Justice Department, and the Washington Post just to get attention to this insanity. What more will it take?

--

Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, March 24, 2023 3:23 PM |
| **To:** | Yvonne Nageotte; Elizabeth Carpenter-Hughes; Suzannah Glaeser; Julie Palmer; Sarah Carroll; Missy York |
| **Cc:** | Valerie Brown; Julie A. Dobson; webintake@vsb.org; district17@senate.virginia.gov; district28@senate.virginia.gov; Mark Dahlberg; T Woehrle |
| **Subject:** | Simpson |

"All he has to do is undergo a full psychological evaluation and then he can start seeing his own child again."

Is this Yvonne's stance? Can you not comprehend why I have sued her in federal court?

1) I contacted Samuel Samenow (a PhD, not an MD) and he wanted a $5,000 deposit for which he bills hourly out of, more money if incomplete by the time the retainer is exhausted, and was booked up for months on end.

2) It is obviously unclear the relation between a full psychological evaluation and sending a text message to my wife.

3) This is a civil matter.

4) Medical records are private under federal HIPPA laws.

5) It is illegal extortion, possibly racketeering, fee sharing with non-lawyers, and kickback potential to lawyers.

6) The State cannot remove a parent's rights based on a parent's inability to pay money. That's illegal as well.

7) the State cannot remove a parent's rights absent extraordinary circumstances and none of those are relevant in my case.

8) I, in good faith, sought out at least four mental health evaluations, precisely what the Court Order states, and opposing counsel wanted ONE specific provider.

9) The law provides absolutely NO guidance in terms of what "mental disorders" might result in a loss of parental rights.

10) Even if a "mental disorder" appeared, what relevance is there and what corrective actions could an otherwise healthy parent take if there is no "cure" for a genetic disorder before reunification with child?!!!!

You all need to be out of our lives yesterday.


--
Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, March 24, 2023 10:42 PM |
| **To:** | Yvonne Nageotte; Elizabeth Carpenter-Hughes; Sarah Carroll; Missy York; Julie Palmer |

So are you assholes cops or what? Or are you just plain assholes?

I'm fighting for my family here. I'm fighting for my child.

What is your problem? What is your problem with me as a person? Why are you choosing to behave this way? Why are you not cooperating? Why are you destroying a family? Why are you ruining a small child's future? Why are you in our family's business at all?

Would you like me to find out more about your families?

--

Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Wednesday, March 29, 2023 11:48 PM |
| **To:** | Elizabeth Carpenter-Hughes; Yvonne Nageotte |
| **Cc:** | Julie Palmer; Sarah Carroll; Missy York; Suzannah Glaeser |

You women are making rules for how to raise other families' lives. That's wrong. I'm actually adhering to YOUR standards,

--

Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, March 31, 2023 9:43 AM |
| **To:** | webintake@vsb.org |
| **Cc:** | Missy York; Julie Palmer; Sarah Carroll; Elizabeth Carpenter-Hughes |
| **Subject:** | Nageotte |

I have missed my own daughter's second birthday, Thanksgiving, Christmas, many other milestones this past year. I was there at her birth, watched her take her first steps, heard her speak her first words. You are all inadvertently doing irreparable damage to a family by not reprimanding Yvonne Nageotte.

I called her office again this morning trying to resolve this matter but she is not there. She apparently still has trial on Monday. Divorce lawyers are scumbags, that's clear, but she has taken this to a whole other level in unethical behavior. Absolutely nothing about this matter makes sense.

What will it take to get some open communication regarding this? I don't plan to miss my daughter's third birthday.

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Tuesday, April 18, 2023 9:18 AM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Elizabeth Carpenter-Hughes; Jessica Kearney |
| **Cc:** | Julie Palmer; Sarah Carroll; Missy York; Julie A. Dobson; Valerie Brown; webintake@vsb.org |
| **Subject:** | Simpson |

"Attorneys,"

So what's it going to be, put up with my persistent emails forever, litigate and waste tens of thousands of dollars, and wonder what my next move will be, or simply come to the conclusion that I am an outstanding father and that Yvonne butted into a newlywed's marriage for prospective personal financial gain. I was my family's caretaker and will continue to remain so. What I find very disturbing is Yvonne's pre-planned goal in seeking a protective order as part of her strategy. She's a lying piece of shit, but I will go away from all of your lives if and when we reach some resolution with my family matter. That's a promise. I'm still offering to my wife to move in together so that we may raise our child together. It will remain on the table. If she wants nothing to do with me, we still have to figure out fair and equitable treatment and most importantly a better visitation schedule and arrangement. As strange as the concept may seem to you, try to look at this objectively.

--

Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Tuesday, April 18, 2023 6:37 PM |
| **To:** | Missy York |
| **Cc:** | Julie Palmer; Sarah Carroll |
| **Subject:** | Re: Simpson v Nageotte |

OK, fair enough. I am a desperate father here. I can exclude you from those. You all seem the same to me at this point.

There are several claims against the City, including negligence and false imprisonment, excessive bail, due process violations, lack of a jury, etc. It's also running a private jail for profit. That's inherently wrong.

On Tuesday, April 18, 2023, Missy York <myork@hccw.com> wrote:

Mr. Simpson,

Sarah Carroll and I represent the City of Fredericksburg in the federal lawsuit that you filed in the United States District Court for the Eastern District of Virginia.  We have responded to the Amended Complaint by filing a Motion to Dismiss on behalf of our client.  As the Amended Complaint does not state a claim against our client, there is nothing for us to discuss with you and we will await Judge Hudson's decision on the pending motions.

We do not represent anyone in the underlying custody dispute and are not involved in the visitation, custody, or divorce matters.  Your constant email correspondence regarding those issues is unwarranted and unwanted, as is your disrespectful and vulgar language.  To the extent that you need to communicate regarding the pending federal litigation you may do so, but please cease communicating with us regarding the custody, visitation, and divorce.

Thanks,

Missy

MELISSA Y. ("MISSY") YORK
myork@hccw.com  |  **DIRECT**  804.622.1131

Harman Claytor Corrigan & Wellman
Post Office Box 70280  |  Richmond, VA 23255
4951 Lake Brook Dr.  |  Suite 100  |  Glen Allen, VA 23060
**CELL**  804.914.1495  |  **FAX**  804.212.0872  |  **WEB**  hccw.com


Sent from my iPhone

On Apr 18, 2023, at 2:55 PM, Richard Simpson <richardmsimpson@gmail.com> wrote:

Answer me you idiots! You mention over and over that I'm a lawyer. Treat me as one and I'll do the same. As of now, I just see you as incompetent to make basic decisions. THIS IS MY FAMILY YOU CUNTS!!!!

--
Richard Simpson

1

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Tuesday, April 18, 2023 6:58 PM |
| **To:** | Missy York; Sarah Carroll; Julie Palmer |

You're going to have to accept my vulgar language until I start seeing my child again and this matter is complete once and for all. Feel free to swear, it might help you to be less uptight.

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Thursday, April 20, 2023 11:01 PM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll |
| **Subject:** | Complaint |

By the way, who the fuck do you think you are as lawyers demanding that I, another lawyer, dismiss my complaint? Stop fucking drafting on this and counsel your goddamn clients.

--
Richard Simpson

1

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, April 21, 2023 9:40 AM |
| **To:** | webintake@vsb.org; Julie Palmer; Valerie Brown |
| **Cc:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Sarah Carroll; Missy York; Mark Dahlberg; T Woehrle |
| **Subject:** | Evaluation |

My own mind is my own. This is my family, my child, my lawfully wedded wife. Keeping us separated for financial gain is disgusting, dishonest, sinful. You idiotic lawyers are violating federal HIPPA laws by forcing healthy individuals to undergo full psychological evaluations by your own retained experts for monetary gain and your own perverse interest. This is supposed to be a court of law, not a court of do whatever the fuck you feel like doing. I assume that people of wealth come to you, given the exorbitant prices you charge, and yet you have a retained psychological expert ready to go. There are people out there busting their asses off for their paychecks while you grow fat from their misfortunes and abuse your authority by fabricating requirements to spend time with and heal their own families.

I have undergone several mental health assessments and every single one of these doctors says I'm sane and fine. How many people require full psychological examinations? Less than 5% across the board. You literally have one retained. Stop this practice you crooked idiots. This is my family, that you have all taken an active role in destroying for your own financial gain. A psychological evaluation for sending my wife a text message?! Fuck each and every one of you and I hope you burn in hell.

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, April 21, 2023 12:43 PM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Julie Palmer; Missy York; Sarah Carroll |
| **Subject:** | Constitution |

Men fight, kill, die, and go to war for the principles underlying our United States Constitution and you stupid idiots are shitting all over it. How dare you tell a pro se litigant AND practicing lawyer to dismiss a valid complaint in our federal court system. How dare you violate numerous Supreme Court decisions and treat family cases like your personal piggy bank. Go fuck yourselves and fix what you have done wrong.

--
Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, April 21, 2023 6:46 PM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com |
| **Cc:** | Elizabeth Carpenter-Hughes; Julie Palmer; Sarah Carroll; Missy York; Mark Dahlberg; T Woehrle; webintake@vsb.org; Valerie Brown; Julie A. Dobson |
| **Subject:** | Visitations |

Yvonne,

Sarah at the visitation facility has informed me that my visitations have been suspended. I was never notified of any court hearing or order in place. This must be your doing.

Obviously, I have done absolutely nothing to deserve the entirety of my parental rights being removed, but now even visitations are gone. What the literal fuck is your problem?

My daughter's birthday is June 25. That's a Sunday. I want to schedule a visit for that weekend to spend time with her and give her a gift. I will buy a cake and birthday decorations if Suzannah wants to join. As simultaneously a self-represented party AND a licensed lawyer in another jurisdiction, I ask that you do your job and assist in coordinating between my wife and myself as there is a frivolous protective order in place by your doing. How do I communicate with my wife regarding our child?

Further, as I am an unwilling participant in this absurd charade, what date are you calculating the one year mark separation that you ensured illegally?


--
Richard Simpson

1

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, April 21, 2023 11:21 PM |
| **To:** | T Woehrle; Mark Dahlberg; Missy York; Sarah Carroll; Julie Palmer; webintake@vsb.org; Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Julie A. Dobson; Valerie Brown |
| **Subject:** | Simpson |

Until you faggots learn the value of free speech and follow the Constitution of the United States of America, I will be sending you these emails. Fuck you and everything you stand for.

This is a family that you want to ruin for financial profit. I will never let that go. In fact, I will haunt you for as long as you can't handle it and then I will sneak up behind you one day and make you wish you never did what you did to my family. That's the Simpson promise.

Yvonne is up first.


--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Saturday, April 22, 2023 3:41 AM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll; Elizabeth Carpenter-Hughes |
| **Cc:** | Julie A. Dobson; Valerie Brown; webintake@vsb.org; Yvette.Nageotte@nageottelawfirm.com; Yvonne Nageotte |
| **Subject:** | Attorney behavior |

Yvonne has consistently remarked on my behavior throughout a cause that she filed. This is my goddamn family, you cunt. Fuck this bitch, I didn't hire her.

--
Richard Simpson

1

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Saturday, April 22, 2023 11:32 AM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; T Woehrle; Mark Dahlberg; Elizabeth Carpenter-Hughes; Julie Palmer; Missy York; Sarah Carroll |
| **Subject:** | Parental rights |

There isn't a court on this planet that can tell me that I'm not my child's father and cannot visit my own child, absent DNA results.

I fully comprehend divorce, but I fully understand fatherhood, too. It is in my wife's best legal and best financial interest to remain married. It is in my child's best interest to live with her mom and dad under the same roof. Again, marriage counseling or mediation or family therapy are all better alternatives to this maliciousness put in place by Yvonne. Her sole interest is in direct conflict with our marital community. Those options are also more beneficial for all of you as you won't be wondering when that Simpson promise catches up with you.

--
Richard Simpson

1

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Saturday, April 22, 2023 1:09 PM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Elizabeth Carpenter-Hughes; T Woehrle; Mark Dahlberg; Julie Palmer; Missy York; Sarah Carroll; webintake@vsb.org |
| **Subject:** | Clients |

If you want to treat me as a lawyer on a 24/7 basis, look at it this way: my child is my most important client. I will literally kill for her. My wife and family are first and foremost. Does Nageotte have that kind of commitment? I'm sure that you have a similar mentality. Let's not start a civil war over this.

--

Richard Simpson

1

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Sunday, April 23, 2023 1:45 AM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Elizabeth Carpenter-Hughes |
| **Cc:** | webintake@vsb.org; Julie Palmer; Missy York; Sarah Carroll; Valerie Brown; Julie A. Dobson |
| **Subject:** | Simpson |

You started a fight. I win this fight. Why are we doing this?

--
Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Sunday, April 23, 2023 3:18 PM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Sarah Carroll; Julie Palmer; Missy York; Mark Dahlberg; T Woehrle; webintake@vsb.org |
| **Subject:** | My child |

I work for my family and children pro bono by the way. Every single one of you idiots has treated me like a lawyer in a family matter. Every single one of you lawyers has violated the Black letter law. Fortunately for the internet, each of you are easily found and recognizable. This entire situation appears to be Yvonne J. Nageotte's illegal and morally reprehensible activity. My wife is not a lawyer and relied on her advice. It is plain as day that she is corrupt and never should have filed anything from the start. Fix this you fucking moron. I will take your children from you if you don't.

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Sunday, April 23, 2023 4:39 PM |
| **To:** | Julie Palmer; Sarah Carroll; Missy York; T Woehrle; Mark Dahlberg; Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com |
| **Subject:** | Options |

Which do you prefer, a military trained killer stalking your entire existence and risking your life and the lives of your children and relatives, or facing the facts and realizing that Yvonne J Nageotte has no business in the practice of family law? I don't make enemies, but I destroy them when necessary. This is MY family and MY child.

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Sunday, April 23, 2023 5:30 PM |
| **To:** | Julie Palmer; Sarah Carroll; Missy York; Mark Dahlberg; T Woehrle; Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com |

I can be your best friend or your worst enemy. I sincerely do not blame anyone except Yvonne. I'm actually a rather forgiving individual. I follow the law. There is no need for violence in this matter, but I will kill for my family. If you are the individuals responsible for separating families for financial gain, then I have already lost all respect for you as a human being. In a position of authority, you have certain duties. I will gladly lose my license to practice law in pursuit of destroying your entire existence. I'm going to kill your children and your children's children if you don't correct course.

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Sunday, April 23, 2023 6:53 PM |
| **To:** | T Woehrle; Mark Dahlberg; Missy York; Sarah Carroll; Julie Palmer; Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com |
| **Subject:** | My life |

I don't give two shits about you, whether you are a lawyer or not. I live and die and breathe an existence that you have absolutely no reference to. Every single day of my life I practice how to kill people. Do you really want to find out how that works? I will NEVER hurt my wife and child. This is what American society has created.

--
Richard Simpson

1

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Monday, April 24, 2023 6:54 PM |
| **To:** | Missy York; Sarah Carroll; Julie Palmer |
| **Subject:** | Language |

I would never call my daughter those names; I want you to understand the severity of this situation. More than money, than fame, than fortune, than women, my children are the most important thing in my life. Yvonne prosecuted me over an innocuous text message. Who has ever even heard of such a thing?! That's foul play.

--
Richard Simpson

**Sarah Carroll**

---

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Tuesday, April 25, 2023 9:17 AM |
| **To:** | Julie Palmer; Sarah Carroll; Missy York; Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Elizabeth Carpenter-Hughes; webintake@vsb.org; Julie A. Dobson; Valerie Brown; Jessica Kearney |
| **Cc:** | Mark Dahlberg; T Woehrle |
| **Subject:** | My child |

Thus far I have filed a federal complaint against Nageotte, have contacted the Washington Post, have notified the Virginia Bar, the Virginia Supreme Court, the Judiciary misconduct board, have made statements that I truly do not wish to make to other humans and attorneys, have cited United States Supreme Court decisions, federal statutes, Virginia statutes, and even bible verses.

What capable individual, father, lawyer, professor, and author that can do all of those things to point out the repulsiveness of Nageotte and still Nageotte refuses to waive a full psychological evaluation that she fabricated before I can see my own flesh and blood? Does your drinking water there in Virginia have some kind of chemical that makes you this ignorant? You are licensed lawyers demanding that a pro se litigant and practicing lawyer dismiss his own complaint in federal court seeking justice. You are the stewards of the law.

Yvonne Nageotte has mental problems. She, a practicing lawyer, lied to my wife in a legal representative capacity. She blamed all of her actions on my wife, creating a rift between us. Yvonne interfered with a newlywed marriage with a child so that she could attempt to steal money from me and my family. She, a licensed lawyer, incarcerated an individual for sending a text message. She committed perjury to her own lawyer. I assumed that my wife wanted a divorce when this all began, due to Yvonne's frivolous filing of a custody case between a legally married couple, just to ensure divorce for her profit. How is that beneficial to her client?

If you all possess some kind of moral high ground that you want to hold over others, then you tell me who is in the right and who is in the wrong? Yvonne would not take a bullet for my daughter. She doesn't care that my wife will be a single mother raising a child alone. She doesn't even give credence to another, neutral licensed lawyer Elizabeth Carpenter-Hughes, who recommended more time between father and daughter. No, instead Nageotte continues to take a family matter extremely personal and cry over me giving her a stern reprimand for her wrongdoing via email, an invisible movement of electrodes. She is insane. She clearly does not have her client's best interests in mind. I have 100% of my family's interest in mind. She's a dim witted bully who finally picked the wrong fight.

What more do you want here?


--

Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Wednesday, April 26, 2023 3:01 AM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Elizabeth Carpenter-Hughes |
| **Cc:** | webintake@vsb.org; Julie Palmer; Sarah Carroll; Missy York; Julie A. Dobson; Valerie Brown; Jessica Kearney |

Not only did I go to her office to Nageotte's office to let her know that this involved a personal matter, she goes ahead and forces my hand to share intimate details of my family and marriage. You, lawyers, are the ones filing emails in court. You are manipulative, invasive, intrusive, morally bankrupt, and detestable. What a cunt. She didn't give two shits about her own client's interest, and she still doesn't. Disbar this imbecile.

--

Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Wednesday, April 26, 2023 2:18 PM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Elizabeth Carpenter-Hughes |
| **Cc:** | Julie Palmer; Missy York; Sarah Carroll; Julie A. Dobson; Valerie Brown; webintake@vsb.org; T Woehrle; Mark Dahlberg |
| **Subject:** | Family |

This is an actual family that you are screwing over under color of law for monetary gain. The most important thing on God's green earth and you are destroying it for your own selfish egos and pride and vindictiveness. Nageotte is private, but the Court is public. I'm tired of being singled out, mistreated, harassed, and bothered for speaking out on a public forum defending each and every one of your Constitutional Rights, the same rights that were fought for in your own backyard, by our American ancestors. They bled and died for you to be a cunt and write whatever the fuck you want to write, or say just about anything possible. You have absolutely no right interfering with my family. You certainly don't have a right to imprison people without due process, without bail, for sending letters and words on a screen. You definitely will never take away my Rights as a father to my children. I'll die on that hill. Will you?

--
Richard Simpson

**Sarah Carroll**
_____

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Thursday, April 27, 2023 7:48 PM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll |
| **Subject:** | Confusing the issues |

With regard to your current frivolous motion to dismiss, and reply briefs, your arguments are wholly unrelated to the Complaint itself. My complaint is a violation of civil rights, as even the court recognizes. Depriving a parent of his legal rights is also a violation of civil rights, which also justifies the claim of interference with the parent child relationship.

The only way I would even consider dismissing any complaint against Nageotte is if she herself was being directed by government officials. There were two complete strangers in the courtroom when we entered into an illegal and unlawful order, and both looked military.

This is the investigative process and a cornerstone of our judicial legal system. You do realize how easy it is to create email accounts, don't you? How do you know this is even the plaintiff writing these? Spam emails? I can write anything I want to, it's a free country. We all have a duty to disobey illegal orders.


--

Richard Simpson

1

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, April 28, 2023 4:00 PM |
| **To:** | Julie Palmer; Missy York; Sarah Carroll; Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com |
| **Subject:** | Free Speech |

Fuck, shit, cunt, dick, damn, goddamn, asshole, pussy.

My name is Trevor and I'm a female bodybuilder with diabetes and a lazy eye.

If you are ultra sensitive to the written word, you should not be lawyers. Your entire careers are based on the written word. If a lawyer invades another's privacy, and prosecutes and incarcerates individuals for the written word, then that person clearly should not be a lawyer. I did not violate a single law in Virginia.

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, April 28, 2023 11:33 PM |
| **To:** | Julie Palmer; Sarah Carroll; Missy York |
| **Cc:** | Yvonne Nageotte; Elizabeth Carpenter-Hughes |
| **Subject:** | Lawsuit |

You demanded twice that I dismiss my family's lawsuit. I demand that you admit liability, and the crimes committed, for Nageotte. I also demand that you offer a judgment against your clients, pursuant to the rules.

What kind of human beings are you? You are monsters. You are the epitome of evil and everything wrong in this world. When it comes to my family, gender doesn't make a difference. How can you be so callous? How can you actively engage in illegal activity as lawyers?

Julie, Missy, and Sarah, you have long careers ahead of you. I will obliterate you for my child. Nageotte is not worth losing everything for, do the right, legal thing here.


--
Richard Simpson

## Sarah Carroll

**From:** Richard Simpson <richardmsimpson@gmail.com>
**Sent:** Tuesday, May 2, 2023 4:10 PM
**To:** Julie Palmer; Sarah Carroll; Missy York
**Cc:** Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; webintake@vsb.org
**Subject:** Attorney fees

This has occupied my entire life 24 hours per day for the last year. That's over $13 million in attorney fees that is attributable to this matter.

You stole my family and child from me; do you really expect me to drop this at any point?


--
Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Tuesday, May 2, 2023 9:50 PM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com |
| **Cc:** | Julie Palmer; Sarah Carroll; Missy York; Elizabeth Carpenter-Hughes |
| **Subject:** | Before a child |
| **Attachments:** | 6E226535-68C7-42CC-BA7B-B956EE5D81D3.jpeg; 6BC4B478-17A3-468C-8451-D33237DBDCE9.jpeg; 4E026C9A-4235-482E-8E8E-3D202BC3B4C6.jpeg; DABDEDCB-C0A6-41CA-A6B7-1903B8239F30.jpeg |

A picture speaks a thousand words. Here's glimpses of me before I met my wife and had a child. Would I make friends and conquer mountains and travel the globe if I had some kind of mental illness? Would I have been accepted to a university, graduate in the top of my class, place third in a business competition, attend law school and become a university professor and upscale lawyer, with a mental disorder? What the actual fuck is your problem, Yvonne? As far as I can tell, you are a spoiled rotten brat who inherited your wealth (which I am happy to take away) and claim simultaneously that you are a super lawyer and a mom boss to a firm you inherited. Seriously, fuck you. Fuck your entire existence. You assholes are ruining lives. Do the fucking right thing already! Suzannah has no idea what to expect from the legal system, but I do. I will simply pay you back, Nageotte. Are you prepared for a thirty to forty years war?

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Wednesday, May 3, 2023 12:41 AM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com |
| **Cc:** | webintake@vsb.org; Julie Palmer; Sarah Carroll; Missy York; Elizabeth Carpenter-Hughes |
| **Subject:** | Last chance |

I have given you fair warning. You have had plenty of time to think through your actions.

This is my family. I WILL kill you. We either require a family plan or my wife and I live together with our child in peace. Choose wisely.


--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Friday, May 5, 2023 1:09 AM |
| **To:** | Julie Palmer; Sarah Carroll; Missy York |
| **Cc:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com |
| **Subject:** | Public America |

Listen cunts,

If you take one move to remove my rights as a father, I'll find out where you live, camp out in a nearby town, learn your daily habits, and eventually slice your goddamn throat and watch until you die, while i fuck your skull. I promise, Scout's Honor, to never hurt my wife or child.

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Saturday, May 6, 2023 7:17 PM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Julie Palmer; Missy York; Sarah Carroll |
| **Cc:** | Elizabeth Carpenter-Hughes; webintake@vsb.org |
| **Subject:** | Nageotte is retarded |

This retarded bitch informed her spouse about this case because she believes herself to be a victim. What a complete absolute piece of human shit that has no business being a lawyer. SHE started this and SHE incarcerated an innocent individual. SHE is actively keeping a married couple and parent/child separated. I didn't file for divorce. Yvonne Nageotte is mentally retarded and is unfit to be a lawyer. I propose we hang her in the town square!

--
Richard Simpson

## Sarah Carroll

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Sunday, May 7, 2023 6:20 PM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Elizabeth Carpenter-Hughes; webintake@vsb.org |
| **Cc:** | Julie Palmer; Sarah Carroll; Missy York |
| **Subject:** | Traditions |

We started traditions as a family and this cunt thinks that she knows what's better for my own family?

--
Richard Simpson

**Sarah Carroll**

| | |
|---|---|
| **From:** | Richard Simpson <richardmsimpson@gmail.com> |
| **Sent:** | Sunday, May 7, 2023 7:24 PM |
| **To:** | Yvonne Nageotte; Yvette.Nageotte@nageottelawfirm.com; Elizabeth Carpenter-Hughes |
| **Cc:** | webintake@vsb.org; Julie Palmer; Sarah Carroll; Missy York |
| **Subject:** | False imprisonment |

Having somebody, a father and husband, arrested for a text message?! I again ask for malpractice insurance policy limits and for my wife to call me as I am worried sick every day about my family. This is America, you whores.

--
Richard Simpson

1