IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| RICHARD M. SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:22-cv-745-HEH |
| ) | |
| CITY OF FREDERICKSBURG, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**
**(Granting Defendants' Motions to Dismiss and
Motions for Sanctions)**

THIS MATTER is before the Court on Defendants City of Fredericksburg; Yvonne J. Nageotte; and Nageotte, Nageotte, Nageotte, PC's (collectively, the "Defendants") Motions to Dismiss (ECF Nos. 33, 35), filed on April 5, 2023. Defendants also filed Motions for Sanctions (ECF Nos. 46, 50) on May 12, 2023. In accordance with the accompanying Memorandum Opinion, Defendants' Motions to Dismiss as to all claims and Motions for Sanctions are GRANTED. Plaintiff Richard M. Simpson's Amended Complaint (ECF No. 28) is DISMISSED WITH PREJUDICE. This case will be CLOSED.

Defendants are ORDERED to submit to the Court an itemized calculation of the reasonable costs and attorneys' fees associated with opposing Plaintiff's Amended Complaint and additional motions after March 23, 2023, within TEN (10) days upon entry of this Order. Once filed, this Court will determine the reasonableness of the costs

and attorneys' fees and determine the specific amount as to the sanctions to be imposed against Plaintiff.

The Clerk is directed to send a copy of the Memorandum Opinion and Order to all counsel of record and Plaintiff, who appears *pro se*.

It is so ORDERED.

                                                              /s/
                                        Henry E. Hudson
                                        Senior United States District Judge

Date: June 27, 2023
Richmond, Virginia